**Respondents.**— Judgment affirmed, with costs. All concur; Crouch, J., not sitting.

JOHN PETERS, Appellant, v. TONY HANNA, Respondent.— Judgment affirmed, with costs. All concur; Crouch, J., not sitting.

In the Matter of the Application of FREDERICK T. ELBERS, Petitioner, for an Order of Certiorari to ARTHUR W. KREINHEDER, as Councilman of the City of Buffalo, N. Y., etc., and Others, Respondents.— Determination confirmed, the petitioner to be reinstated upon complying with the conditions contained in the determination, upon two days' written notice of the time and place for compliance therewith, which time shall be within seven days after entry of the order herein. All concur.

HENDERSON TIRE & RUBBER Co., INC., Appellant, Respondent, v. P. K. WILSON & SON, INC., and Others, Appellants, Respondents.— Motion granted, permitting defendants to appeal to the Court of Appeals from the portions of the judgment which are adverse to them. Motion for leave to appeal from order amending form of judgment denied, upon the ground that the order is intermediate and may be reviewed upon an appeal from the judgment, and, therefore, no leave to appeal is necessary.

MERCHANTS NATIONAL BANK, Appellant, v. GEORGE BAKER LONG and Others, Respondents. LONDON ACCIDENT AND GUARANTEE COMPANY, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs. Sears, J., not sitting.

BUFFALO FOUNDRY AND MACHINE COMPANY, Respondent, v. TRIBUNO & GARRISH, INC., Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied.

CHARLES H. STEGMEIER, Appellant, v. THE STATE OF NEW YORK, Respondent.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

In the Matter of the Application of W. HOWARD PILLSBURY, Respondent, v. FRANK X. SCHWAB, Mayor, and Others, Appellants.— Motion for reargument denied. Motion for leave to appeal to Court of Appeals granted.

In the Matter of the Application of CHARLES F. REIF, Respondent, v. FRANK X. SCHWAB, Mayor, and Others, Appellants.— Motion for reargument denied. Motion for leave to appeal to Court of Appeals granted.

FLORENCE M. CUDDEBACK, as Administratrix, etc., Respondent, v. NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied. Sears, J., not sitting.

In the Matter of the Application of MAURICE SEGAL for a Peremptory Mandamus Order, etc.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. F. RONALD PEART, Appellant.— Motion for reargument denied.

HARRY O. FAY, Respondent, v. MICHAEL J. TRAVIS, Appellant.— Appeal dismissed, without costs, upon stipulation filed.

UNION TRUST COMPANY OF ROCHESTER, Respondent, v. CLARENCE W. GORMLEY and Others, Defendants. WILLIAM D. HAYES, Appellant.— Appeal dismissed, without costs, upon stipulation filed.

MAY SULLIVAN RILEY, Plaintiff, v. JOHN BARTON PAYNE, as Director-General

of Railroads, Defendant.— Appeal dismissed, without costs, upon stipulation filed.